```
Label Matrix for local noticing      Just Marse, LP                        U.S. BANKRUPTCY COURT
0542-3                                10080 Dyer                           P.O. BOX 971040
Case 11-30650-hcm                     El Paso, TX 79924-4255               EL PASO, TX 79997-1040
Western District of Texas
El Paso
Wed May 18 15:48:27 CDT 2011

CIT Lending Services Corp             City of El Paso                      City of El Paso
PO Box 1529                           El Paso Tax Assessor/Collector       c/o David G. Aelvoet
Livingston, NJ 07039-7129             PO Box 2992                          711 Navarro, Suite 300
                                      El Paso, TX 79999-2992               San Antonio, TX 78205-1749


City of El Paso Tax Assessor Collector  Colson Service Corp.               (p)INTERNAL REVENUE SERVICE
c/o Linebarger, Goggan Blair & Sampson  101 Barclay St., 8th Floor         CENTRALIZED INSOLVENCY OPERATIONS
711 Navarro, Ste. 200                   New York, NY 10286-0001            PO BOX 7346
San Antonio, TX 78205-1711                                                 PHILADELPHIA PA 19101-7346


Ittleson Trust-2010-1                 Kevin Epstein                        Ruben Smith
c/o F. Beth Morgan                    United States Trustee                422 N. Kennedy Dr.
Morgan & Associates, P.C.             P.O. Box 1539                        Bradley, IL 60915-1599
711 Navarro, Suite 210                San Antonio, TX 78295-1539
San Antonio, Texas 78205-1739


SBA                                   U.S. Attorney                        United Bank of El Paso
10737 Gateway West, Suite 320         FHZ/HUD/VA/IRS                       125 Mesa Hills Dr.
El Paso, TX 79935-4910                601 N.W. Loop 410, Suite 600         El Paso, TX 79912-4874
                                      San Antonio, TX 78216-5512


United States Trustee - EP12          Sidney J. Diamond
U.S. Trustee's Office                 3800 N Mesa B-3
615 E. Houston, Suite 533             El Paso, TX 79902-1535
P.O. Box 1539
San Antonio, TX 78295-1539
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
IRS - Special Procedures Staff
Stop 5022 AUS
300 E. 8th Street
Austin, TX 78701
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Jaime Sandoval                     (d)Just Marse, LP                    End of Label Matrix
                                      10080 Dyer                           Mailable recipients    16
                                      El Paso, TX 79924-4255               Bypassed recipients     2
                                                                           Total                  18
```