UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| IN RE: | |
|---|---|
| KIDS VIEW, INC. | CASE NO. 12-30816 |
| DEBTOR. | CHAPTER 11 |

**DEBTOR'S MODIFICATION TO AMENDED PLAN OF REORGANIZATION DATED 10/31/2012 AFTER ACCEPTANCES AND BEFORE CONFIRMATION**

**DATED: January 18, 2013.**

**FILED BY: The Debtor, Kids View, Inc.**

Kids View, Inc., the Debtor in the above styled and numbered case files this **Modification to its Amended Plan of Reorganization Dated 10/31/2012, After Acceptances and Before Confirmation** which modifies the following Section of the Plan:

Section 3.01 of the Plan is modified to read as follows:

ARTICLE III
TREATMENT OF ADMINISTRATIVE EXPENSE CLAIMS,
U.S. TRUSTEES FEES, AND PRIORITY TAX CLAIMS

3.03   Priority Tax Claims. The Claim of the Internal Revenue Service in the amount of $182,766.26 will be paid as follows: $182,766.26 shall be paid in 108 equal monthly installments of principal and interest, with interest at the rate of 4% beginning the first day of the first full month following the effective date.

    (a)    That the debt owed by the Debtor to the Internal Revenue Service (IRS) is a Non-Dischargeable debt, except as otherwise provided for in the Code, and if the Debtor defaults, the IRS is not subject to the provisions of the Bankruptcy Code and may pursue any applicable rights and remedies, so that the IRS can take whatever actions are necessary to collect said debt in the event of default; the federal tax liens survive the plan confirmation, a bankruptcy discharge, and dismissal of the case. The Liens continue to be enforceable against all of the debtor's property under federal law.

**MODIFICATION TO AMENDED PLAN OF REORGANIZATION, Page 1**

(b) A failure by the Debtor to make a payment to the IRS pursuant to the terms of the Plan shall be an event of default, and as to the Internal Revenue Service, there is an event of default if payment is not received by the 15th day of each month. If there is a default, the Internal Revenue Service must send written demand for payment, and said payment must be received by the Internal Revenue Service within 15 days of the date of the demand letter. The Debtor can receive up to three notices of default from the Internal Revenue Service; however, on the third notice of default from the Internal Revenue Service the third notice cannot be cured, and the Internal Revenue Service may accelerate its allowed claim(s), past and future, and declare the outstanding amount of such claim(s) to be immediately due and owing and pursue any and all available state and federal rights and remedies. These default provisions pertain to the entire claim(s) of the Internal Revenue Service, secured, unsecured priority and unsecured general.

(c) The IRS is bound by the provisions of the confirmed plan and is barred under 11 USC 1141 from taking any collection actions against the Debtor for pre-petition claims during the duration of the Plan (provided there is no default as to the IRS). So long as the Debtor is current the Internal Revenue Service shall take no action against Maria Lourdes Torres The period of limitations on collection remains suspended under 26 USC 6503 (h) for the tax periods being paid under the Plan and terminates on the earlier of (1) all required payments to the IRS have been made; or (2) 30 days after the date of the demand letter (described above) for which the debtor failed to cure the default.

**Section 4.01 of the Plan is modified to read as follows:**

ARTICLE IV

TREATMENT OF CLAIMS AND INTERESTS UNDER THE PLAN

4.01 Claims and Interests shall be treated as follows under this Plan:

Class 1 - Secured Claim of Capital Savings Bank in the amount of $57,382.80:

Capital Bank's Class 1 claim is an allowed secured claim. Capital Bank shall retain its liens. Capital Bank is oversecured. The claim will be paid in full, and Capital Bank is entitled to recover post-petition interest and attorney's fees. The balance due as of the first day of the first full month following the Effective Date

**MODIFICATION TO AMENDED PLAN OF REORGANIZATION, Page 2**

¹shall be amortized on the basis of a 15-year amortization schedule; shall bear interest at a rate equal Wall Street Journal Prime Rate plus 2%, but never less than 6.5% per annum shall be subject to a 5-year call, or balloon, in favor of Capital Bank. The first monthly payment of $500.00 shall be due and payable on the first day of the first month following the Effective Date In addition, the Debtor will make monthly escrow payments to Capital Bank for insurance and property taxes. All adequate protection payments made by the Debtor prior to the Effective Date shall be credited against the balance due, first to post-petition attorney's fees and expenses incurred by Capital Bank, then to late fees, then to interest, and finally to principal. Any guaranties of the loans by Capital Bank to the Debtor shall be unaffected by this Plan. Upon request, the Debtor shall execute any renewal and extension documents deemed necessary or advisable by Capital Bank, and any reasonable legal fees for preparation of such renewal and extension documents may be charged to the loan balance.*

Class 2 - Secured Claim of Capital Savings Bank in the amount of $441,882.37:

Capital Bank's Class 2 claim is an allowed secured claim. Capital Bank shall retain its liens. Capital Bank is oversecured. The claim will be paid in full, and Capital Bank is entitled to recover post-petition interest and attorney's fees. The balance due as of the first day of the first full month following the Effective Date shall be amortized on the basis of a 15-year amortization schedule; shall bear interest at a rate equal Wall Street Journal Prime Rate plus 2%, but never less than 6.0% per annum and shall be subject to a 5-year call, or balloon, in favor of Capital Bank. The first monthly payment of $3,729.00 shall be due and payable on the first day of the first month following the Effective Date. In addition, the Debtor will make monthly escrow payments to Capital Bank for insurance and property taxes. All adequate protection payments made by the Debtor prior to the Effective Date shall be credited against the balance due, first to post-petition attorney's fees and expenses incurred by Capital Bank, then to late fees, then to interest, and finally to principal. Any guaranties of the loans by Capital Bank to the Debtor shall be unaffected by this Plan. Upon request, the Debtor shall execute any renewal and extension documents deemed necessary or advisable by Capital Bank, and any reasonable legal fees for preparation of such renewal and extension documents may be charged to the loan balance.*

---

*Capital Bank has changed their figures multiple times, which vary from the amounts on their proofs of claim and ballots and there is a chance the Debtor will object to their figures and request an accounting.

**MODIFICATION TO AMENDED PLAN OF REORGANIZATION, Page 3**

Class 3- Secured Claim of City of El Paso in the amount of $88,671.13:

Class 3 pertains to the secured claim of the City of El Paso in the amount of $88,671.13 for tax years 2007 through 2008, 2010 and 2012 ad valorem taxes incident to real property located at 1141 Tower Trail Lane, El Paso, Texas (Tax Account No. R271-999-0010-0700) The City of El Paso's secured tax claim is for real property ad valorem taxes. The City of El Paso's allowed secured claim will be paid in full within sixty (60) months of the Effective Date, with the first payment being made on the first day of the first full month in the amount of $1,972.00, following the Plan's Effective Date and continuing thereafter in a total of sixty (60) consecutive, equal, monthly installments. Post-petition interest at the rate of twelve percent (12%) per annum shall accrue beginning from the Petition Date until the confirmation date,.hereafter plan interest at the rate of twelve percent (12%) per annum shall accrue on the entire balance until the tax debt is paid in full. The Reorganized Debtor may pre-pay the pre-petition tax debt at any time. The Debtor shall have thirty (30) days from the Effective Date to object to the City of El Paso's claim; otherwise, such claim is deemed as an allowed secured claim in the amount of $88,671.13. The City of El Paso shall retain its lien securing its pre-petition and post-petition tax debt until such time as the tax debt is paid in full. In the event the Debtor sells, conveys or transfers any property which is the subject of the City of El Paso tax claim as described above in Class 3, the Debtor shall remit such sales proceeds first to the City of El Paso to be applied to the City of El Paso tax debt. Debtor will pay all post-petition tax liabilities (tax year 2013 and subsequent tax years) owing to the City of El Paso in the ordinary course of business as such tax debt comes due without need of filing an administrative claim and request for payment. Should the Reorganized Debtor fail to make any payments as required in this Plan, the City of El Paso shall provide written notice of that default and send written notice by certified mail to Debtor's counsel advising of that default, and providing the Reorganized Debtor with a period of ten (10) days to cure the default. In the event that the default is not cured within ten (10) days, the City of El Paso may, without further order of this Court, pursue all of its rights and remedies available to it under the Texas Property Tax Code to collect the full amount of all taxes, penalties and interest owed. Additionally, the failure to timely pay post-petition and/or post-confirmation taxes while the reorganized Debtor is in repayment of any pre-petition debt, shall be considered an event of default. The City of El Paso shall provide Debtor's counsel with written notice of that default and a ten (10) day opportunity to cure said default. In the event that the Reorganized Debtor fails to timely cure the post-petition and/or post-confirmation default, the City of El Paso may proceed without further order of this court to collect the taxes, penalties and interest owed to that jurisdiction. The Reorganized Debtor shall be entitled to no more than one (1) Notice of Default. In the event of a second (2nd) default, the City of El Paso may pursue all rights and remedies available to it under the Texas

Property Tax Code in state district court without further order of this court.

Class 4 - Secured Claim of CIT:

CIT Small Business Lending Corporation (CIT) shall have an Allowed Secured Claim in the amount of $146,313.39. The obligation to CIT is evidenced by the U.S. Small Business Administration Note dated July 23, 2004, in the original principal amount of $250,000.00 (the Note.) The Note's principal and payment terms are amended as follows: the outstanding balance of $146,313.39 shall be paid in 60 monthly installments of principal and interest, with interest accruing on the outstanding balance at the variable rate of prime plus 2.75% (as reflected in the Note). The initial interest rate will be 6.0% but will fluctuate as the prime rate fluctuates during the pendency of the repayment. The entire balance and any and all accrued but unpaid interest shall be due and payable five years from the Effective Date of the Plan. The first monthly payment of $2,447.00 shall be due and payable on the first day of the first month following the Effective Date. The payment amount shall be adjusted quarterly to reflect any change in prime rate, so that the obligation will amortize over the 60 months. The obligations of the Debtor are secured by the personal property located at 1141 Tower Trail and 131 McClintock, El Paso, Texas and utilized in the operations of the related entities Kids View I and Kids View V and/or any successors in interest thereto. All terms of the Note shall remain in full force and effect except as amended herein. The guarantors of the Note shall remain fully liable under the terms of their respective guarantees until payment in full of the Note has occurred, and the guarantors' obligations to CIT shall be unaffected by this Plan.

Class 5(b) - General Unsecured Creditors:

This class will receive eighteen percent (18%) of their allowed claims. The amount totaling $128,163.73 will be paid towards this class. This amount will be paid in 96 equal monthly installments pro-rata beginning on the first day of the first full month following the effective date. Any creditor in this class may reduce its claim to $976.00 and elect to be paid as an Administrative Convenience Class creditor under Class 5(a) in which case it will receive one payment of $976.00. If no creditor chooses to be treated as an Administrative Convenience Class Creditor, the total payments to this class will equal $128,163.73.

Class 6 - Secured claim of Hyundai Motor Finance in the amount of $5,659.47. The terms of the contract will be adopted however, the interest will decrease to four percent (4%).

**MODIFICATION TO AMENDED PLAN OF REORGANIZATION, Page 5**

                            **KIDS VIEW, INC.**

                      By: /a/ Maria Lourdes Torres
                            Maria Lourdes Torres
                            Its Vice-President

ATTORNEY FOR THE DEBTOR:

**DIAMOND LAW**

By: /s/ Sidney J. Diamond
    **Sidney J. Diamond**
    **Texas Bar No.: 05803000**
    **3800 N. Mesa, Suite B-3**
    **El Paso, Texas 79902**
    **(915) 532-3327   (Voice)**
    **(915) 532-3355   (Fax)**
    **Sidney@sidneydiamond.com**

**MODIFICATION TO AMENDED PLAN OF REORGANIZATION, Page 6**

Kids View INC Projected Statement of Cash Flow - One (1) Year Plan

Revised 01/18/2013

## FOR YEAR ONE (1)

| | | | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 | Month 7 | Month 8 | Month 9 | Month 10 | Month 11 | Month 12 | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash Provided from Operations | | | 17,423 | 16,882 | 16,232 | 16,882 | 16,232 | 16,232 | 16,882 | 16,232 | 16,232 | 16,232 | 16,232 | 16,232 | 197,925 |
| Net Cash Flow | | | 17,423 | 16,882 | 16,232 | 16,882 | 16,232 | 16,232 | 16,882 | 16,232 | 16,232 | 16,232 | 16,232 | 16,232 | 197,925 |
| **SUMMARY OF CLASSES** | | | | | | | | | | | | | | | |
| **Kids View Inc.** | | | | | | | | | | | | | | | |
| | Professional fees | | 521 | 521 | 521 | 521 | 521 | 521 | 521 | 521 | 521 | 521 | 521 | 521 | 6,252 |
| | Administrative expenses | | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 6,000 |
| | US Trustee Fees | | 0 | 650 | 0 | 650 | 0 | 0 | 650 | 0 | 0 | 0 | 0 | 0 | 1,950 |
| **Priority Tax Claims** | | | | | | | | | | | | | | | |
| 9 yrs @ 4% | Tax Claims - IRS | 182,766.26 | 2,018 | 2,018 | 2,018 | 2,018 | 2,018 | 2,018 | 2,018 | 2,018 | 2,018 | 2,018 | 2,018 | 2,018 | 24,216 |
| **Allowed Secured Claims** | | | | | | | | | | | | | | | |
| 15 yrs @ 6.5% | Capital Savings Bank | 57,382.80 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 6,000 |
| 15 yrs @ 6.0% | Capital Savings Bank | 441,882.37 | 3,729 | 3,729 | 3,729 | 3,729 | 3,729 | 3,729 | 3,729 | 3,729 | 3,729 | 3,729 | 3,729 | 3,729 | 44,748 |
| 5 yrs @ 12.0% | City El Paso Tax Assessor | 88,671.13 | 1,972 | 1,972 | 1,972 | 1,972 | 1,972 | 1,972 | 1,972 | 1,972 | 1,972 | 1,972 | 1,972 | 1,972 | 23,664 |
| 2.5 yrs @4% | Hyundai | 5,659.47 | 199 | 199 | 199 | 199 | 199 | 199 | 199 | 199 | 199 | 199 | 199 | 199 | 2,388 |
| | TWC | 215.96 | 216 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 216 |
| **Class 4 Secured Claim** | | | | | | | | | | | | | | | |
| 5 yrs @ 6.0% | CIT | 146,313.39 | 2,447 | 2,447 | 2,447 | 2,447 | 2,447 | 2,447 | 2,447 | 2,447 | 2,447 | 2,447 | 2,447 | 2,447 | 29,364 |
| | Property Taxes & Bldg Insur | | 2,025 | 2,025 | 2,025 | 2,025 | 2,025 | 2,025 | 2,025 | 2,025 | 2,025 | 2,025 | 2,025 | 2,025 | 24,300 |
| | Vehicles Insurance | | 986 | 986 | 986 | 986 | 986 | 986 | 986 | 986 | 986 | 986 | 986 | 986 | 11,832 |
| **Class 5A Admin Convenience Class** | | | 976 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 976 |
| **General Unsecured Claims** | | | | | | | | | | | | | | | |
| 8 yrs @ 0% | Unsecured Claims-IRS, Dahill, AT&T, EP Childcare, Ehrlich Law, SBA, Cemex | | 1,335 | 1,335 | 1,335 | 1,335 | 1,335 | 1,335 | 1,335 | 1,335 | 1,335 | 1,335 | 1,335 | 1,335 | 16,020 |
| Required for Claim Payments | | | 17,424 | 16,882 | 16,232 | 16,882 | 16,232 | 16,232 | 16,882 | 16,232 | 16,232 | 16,232 | 16,232 | 16,232 | 197,926 |
| Monthly Cash Flow | | | (1) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 197,925 |
| Opening Cash Balance | | | 0 | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | |
| Monthly Cash Flow | | | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | |

| General Unsecured Cla | Total Claim Amount | 18% of claim | 8 yr Pymt |
|---|---|---|---|
| Internal Revenue Servi | 71,074.48 | 12,793.41 | 133.26 |
| Dayhill | 4,253.48 | 765.63 | 7.98 |
| AT & T | 4,549.33 | 818.88 | 8.53 |
| EP Childcare | 132,666.00 | 23,879.88 | 248.75 |
| SBA- Unsecured | 482,064.61 | 86,771.63 | 903.87 |
| Ehrlich Law Firm | 4,083.49 | 735.03 | 7.66 |
| Cemex | 13,329.33 | 2,399.28 | 24.99 |
| **TOTAL** | | 128,163.73 | 1335.04 |

3:38 PM
12/11/12
Cash Basis

## Kids View I LLC
## Profit & Loss
### January through November 2012

| | Jan 12 | Feb 12 | Mar 12 | Apr 12 | May 12 | Jun 12 | Jul 12 | Aug 12 | Sep 12 | Oct 12 | Nov 12 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | | | | | | | |
| **Income** | | | | | | | | | | | | |
| 4000 · Sales | | | | | | | | | | | | |
| 4001 · Private Fees | 2,014.53 | 2,584.58 | 2,299.16 | 2,417.14 | 3,125.59 | 2,397.60 | 2,408.18 | 2,212.55 | 2,124.61 | 2,125.05 | 2,321.74 | 26,030.73 |
| 4002 · Child Care Services-Parents Fee | 3,227.29 | 6,697.19 | 6,409.69 | 4,602.23 | 5,082.66 | 3,625.37 | 3,093.61 | 4,402.21 | 5,175.53 | 3,668.07 | 3,851.15 | 49,835.00 |
| 4004 · CCS--Child Care Services | 31,056.83 | 28,400.73 | 25,544.58 | 27,300.73 | 38,262.92 | 22,015.98 | 24,688.77 | 23,058.82 | 22,889.24 | 21,891.80 | 32,965.89 | 298,076.29 |
| 4005 · Food Nutritional Progarm | 0.00 | 0.00 | 10,727.72 | 11,923.62 | 10,038.55 | 10,161.14 | 11,067.69 | 11,412.10 | 11,644.23 | 10,358.93 | 7,300.00 | 94,633.98 |
| Total 4000 · Sales | 36,298.65 | 37,682.50 | 44,981.15 | 46,243.72 | 56,509.72 | 38,200.09 | 41,258.25 | 41,085.68 | 41,833.61 | 38,043.85 | 46,438.78 | 468,576.00 |
| **Total Income** | 36,298.65 | 37,682.50 | 44,981.15 | 46,243.72 | 56,509.72 | 38,200.09 | 41,258.25 | 41,085.68 | 41,833.61 | 38,043.85 | 46,438.78 | 468,576.00 |
| **Expense** | | | | | | | | | | | | |
| 6000 · Supplies | | | | | | | | | | | | |
| 6001 · FOOD/DRINK PURCHASES | 1,286.10 | 1,534.66 | 1,320.55 | 2,178.37 | 4,678.67 | 1,661.67 | 1,839.62 | 2,265.09 | 1,631.96 | 2,173.24 | 2,102.30 | 22,672.23 |
| 6007 · Classroom | 0.00 | 124.43 | 774.74 | 619.86 | 0.00 | 288.61 | 368.51 | 265.93 | 0.00 | 2.71 | 0.00 | 2,444.79 |
| 6008 · Kitchen | 0.00 | 0.00 | 560.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 560.52 |
| 6009 · Office Supplies | 106.91 | 99.03 | 164.83 | 0.00 | 170.77 | 212.19 | 187.03 | 140.97 | 188.46 | 25.00 | 0.00 | 1,295.19 |
| Total 6000 · Supplies | 1,393.01 | 1,758.12 | 2,820.64 | 2,798.23 | 4,849.44 | 2,162.47 | 2,395.16 | 2,671.99 | 1,820.42 | 2,200.95 | 2,102.30 | 26,972.73 |
| 6020 · Automobile Expense | | | | | | | | | | | | |
| 6021 · Fuel and Oil | 1,000.00 | 500.00 | 1,000.00 | 0.00 | 1,300.00 | 250.00 | 500.00 | 750.00 | 750.00 | 1,000.00 | 300.00 | 7,350.00 |
| 6022 · Repair & Maintence | 2,608.00 | 0.00 | 1,306.19 | 855.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 54.11 | 0.00 | 4,823.30 |
| 6023 · Vehicle Registration | 0.00 | 0.00 | 0.00 | 207.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 69.00 | 0.00 | 276.00 |
| Total 6020 · Automobile Expense | 3,608.00 | 500.00 | 2,306.19 | 1,062.00 | 1,300.00 | 250.00 | 500.00 | 750.00 | 750.00 | 1,123.11 | 300.00 | 12,449.30 |
| 6120 · Bank Service Charges | 89.00 | 38.85 | 34.49 | 61.30 | 0.00 | 41.74 | 0.00 | 236.00 | 385.48 | 414.85 | 206.50 | 1,508.21 |
| 6125 · Reimbursed Expenses | 0.00 | 4,222.53 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,222.53 |
| 6170 · Equipment Rental | 292.27 | 292.27 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 584.54 |
| 6180 · Insurance | | | | | | | | | | | | |
| 6181 · Vehicles | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6180 · Insurance - Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total 6180 · Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6200 · Licenses and Permits | 23.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 170.00 | 0.00 | 219.00 | 0.00 | 412.00 |
| 6210 · Miscellaneous | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 85.80 | 0.00 | 372.88 | 458.68 |
| 6220 · Postage and Delivery | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 37.11 | 36.29 | 0.00 | 0.00 | 0.00 | 0.00 | 73.40 |
| 6240 · Professional Fees | | | | | | | | | | | | |
| 6241 · Legal Fees | 0.00 | 0.00 | 0.00 | 0.00 | 2,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,500.00 |
| Total 6240 · Professional Fees | 0.00 | 0.00 | 0.00 | 0.00 | 2,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,500.00 |
| 6260 · Repairs | | | | | | | | | | | | |
| 6261 · Building Repairs | 1,420.58 | 0.00 | 560.00 | 0.00 | 0.00 | 0.00 | 0.00 | 178.33 | 0.00 | 259.00 | 0.00 | 2,417.91 |
| 6262 · Computer Repairs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 301.15 | 0.00 | 301.15 |
| 6263 · Equipment Repairs | 0.00 | 117.18 | 117.18 | 0.00 | 120.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 354.36 |
| Total 6260 · Repairs | 1,420.58 | 117.18 | 677.18 | 0.00 | 120.00 | 0.00 | 0.00 | 178.33 | 0.00 | 560.15 | 0.00 | 3,073.42 |
| 6270 · Services | | | | | | | | | | | | |
| 6271 · Disposal Service | 0.00 | 186.89 | 0.00 | 0.00 | 573.77 | 0.00 | 386.88 | 386.88 | 0.00 | 386.88 | 0.00 | 1,921.30 |
| 6273 · Pest Service | 0.00 | 29.23 | 0.00 | 0.00 | 29.23 | 0.00 | 0.00 | 29.08 | 0.00 | 0.00 | 29.08 | 116.62 |
| 6274 · Fire Extingushers | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 167.79 | 0.00 | 167.79 |
| 6275 · Internet Services | | | | | | | | | | | | |
| 6275A · Cameras | 141.34 | 149.53 | 162.36 | 144.02 | 158.89 | 0.00 | 632.05 | 0.00 | 0.00 | 0.00 | 0.00 | 1,388.19 |
| Total 6275 · Internet Services | 141.34 | 149.53 | 162.36 | 144.02 | 158.89 | 0.00 | 632.05 | 0.00 | 0.00 | 0.00 | 0.00 | 1,388.19 |

3:38 PM
12/11/12
Cash Basis

## Kids View I LLC
### Profit & Loss
January through November 2012

| | Jan 12 | Feb 12 | Mar 12 | Apr 12 | May 12 | Jun 12 | Jul 12 | Aug 12 | Sep 12 | Oct 12 | Nov 12 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6276 · Storage | 225.00 | 225.00 | 225.00 | 0.00 | 0.00 | 900.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,575.00 |
| 6277 · Fire Alarm | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 325.00 | 0.00 | 0.00 | 0.00 | 0.00 | 325.00 |
| 6278 · Back Flow | 0.00 | 0.00 | 0.00 | 0.00 | 403.23 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 403.23 |
| 6278.5 · Gas Inspectations | 129.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 129.90 |
| 6279 · Grease Trap | 0.00 | 0.00 | 420.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 420.00 | 0.00 | 0.00 | 840.00 |
| **Total 6270 · Services** | 496.24 | 590.65 | 807.36 | 144.02 | 1,165.12 | 900.00 | 1,343.93 | 415.96 | 420.00 | 554.67 | 29.08 | 6,867.03 |
| **6290 · Utilities** | | | | | | | | | | | | |
| 6391 · Gas | 608.67 | 678.23 | 506.63 | 0.00 | 473.99 | 53.54 | 0.00 | 156.57 | 0.00 | 157.10 | 0.00 | 2,634.73 |
| 6392 · Electric | 1,200.00 | 0.00 | 1,200.00 | 470.77 | 0.00 | 0.00 | 0.00 | 1,208.85 | 602.95 | 177.88 | 1,200.00 | 6,060.45 |
| 6393 · Water | 664.50 | 32.50 | 203.45 | 222.57 | 157.16 | 502.45 | 447.24 | 358.31 | 0.00 | 253.13 | 0.00 | 2,841.31 |
| 6394 · Telephone | 320.52 | 265.43 | 561.32 | 0.00 | 425.16 | 602.96 | 603.30 | 372.21 | 101.79 | 101.45 | 0.00 | 3,354.14 |
| **Total 6290 · Utilities** | 2,793.69 | 976.16 | 2,471.40 | 693.34 | 1,056.31 | 1,158.95 | 1,050.54 | 2,095.94 | 704.74 | 689.56 | 1,200.00 | 14,890.63 |
| **6310 · Fees** | | | | | | | | | | | | |
| 6311 · Credit Card/Check | 107.08 | 115.17 | 144.49 | 117.59 | 224.78 | 164.13 | 137.05 | 117.37 | 141.46 | 140.51 | 120.76 | 1,530.39 |
| 6310 · Fees - Other | 1,950.00 | 0.00 | 5.14 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.08 | 2.05 | 1,960.27 |
| **Total 6310 · Fees** | 2,057.08 | 115.17 | 149.63 | 117.59 | 224.78 | 164.13 | 137.05 | 117.37 | 141.46 | 143.59 | 122.81 | 3,490.66 |
| **6560 · Payroll Expenses** | | | | | | | | | | | | |
| 6561 · Processing checks fee | 317.87 | 136.32 | 134.43 | 173.27 | 204.48 | 136.32 | 169.49 | 132.54 | 130.65 | 165.71 | 178.02 | 1,879.10 |
| 6560 · Payroll Expenses - Other | 13,385.08 | 19,416.71 | 14,937.95 | 33,691.57 | 15,417.35 | 21,691.39 | 12,919.77 | 13,049.12 | 14,540.14 | 12,569.49 | 18,989.89 | 190,608.46 |
| **Total 6560 · Payroll Expenses** | 13,702.95 | 19,553.03 | 15,072.38 | 33,864.84 | 15,621.83 | 21,827.71 | 13,089.26 | 13,181.66 | 14,670.79 | 12,735.20 | 19,167.91 | 192,487.56 |
| **6820 · Taxes** | | | | | | | | | | | | |
| 6821 · Payroll | 3,422.37 | 2,601.23 | 3,617.79 | 3,691.06 | 5,421.83 | 3,600.64 | 3,106.63 | 3,139.71 | 3,086.94 | 3,024.68 | 3,445.41 | 38,158.29 |
| 6826 · Property | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6827 · State | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.03 | 0.00 | 0.00 | 0.00 | 1.03 |
| 6828 · Franchise | 0.00 | 7,617.50 | 0.00 | 53.84 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7,671.34 |
| 6830 · Unemployment Tax | 0.00 | 0.00 | 0.00 | 301.11 | 0.00 | 98.05 | 0.00 | 0.00 | 217.36 | 0.00 | 0.00 | 616.52 |
| **Total 6820 · Taxes** | 3,422.37 | 10,218.73 | 3,617.79 | 4,046.01 | 5,421.83 | 3,698.69 | 3,106.63 | 3,140.74 | 3,304.30 | 3,024.68 | 3,445.41 | 46,447.18 |
| **Total Expense** | 29,298.19 | 38,382.69 | 27,957.06 | 42,787.33 | 32,259.31 | 30,240.80 | 21,658.86 | 22,957.99 | 22,282.99 | 21,665.76 | 26,946.89 | 316,437.87 |
| **Net Ordinary Income** | 7,000.46 | -700.19 | 17,024.09 | 3,456.39 | 24,250.41 | 7,959.29 | 19,599.39 | 18,127.69 | 19,550.62 | 16,378.09 | 19,491.89 | 152,138.13 |
| **Net Income** | 7,000.46 | -700.19 | 17,024.09 | 3,456.39 | 24,250.41 | 7,959.29 | 19,599.39 | 18,127.69 | 19,550.62 | 16,378.09 | 19,491.89 | 152,138.13 |